IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PAULINE FAGBUYI | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:17-cv-02876-GJH |
| PRINCE GEORGE'S COUNTY, et al. | ) |
| Defendant. | ) |

## MOTION TO STRIKE APPEARANCE OF COUNSEL

Comes now, Bruce A. Johnson, Jr., Esquire, a member of the bar of this Court, and moves this Honorable Court to strike his appearance on behalf of Plaintiff, Pauline Fagbuyi. In support, thereof, Counsel states as follows:

1. The instant case is a discrimination action.

2. By agreement, Cynthia Goode-Works has agreed to assume all responsibility for this case and the undersigned will have no further involvement or responsibility.

3. Counsel has notified the client in accordance with the rules. *See*, Exhibit A.

WHEREFORE, Counsel respectfully requests that this Honorable Court strike his appearance in the above-captioned matter.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

_____/s/_____
Bruce A. Johnson, Jr., Esquire
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2018 a copy of the motion to strike appearance of counsel was e-serviced and sent to:

Tonia Yvetta Belton Gofreed, Esquire
Office of Law for Prince George's County
14741 Gov. Oden Bowie Drive
Room 5121
Upper Marlboro, MD 20772

Cynthia Goode-Works
9701 Apollo Drive
Largo, Maryland 20774

/s/
Bruce A. Johnson, Jr.