IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAULINE FAGBUYI

**Plaintiff,**

v.

Case No. 17-02876-GJH

PRINCE GEORGE'S COUNTY, et al.

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Cynthia Goode Works, am a member in good standing of the bar of this Court. I am moving the admission of Lisa Alexis Jones to appear pro hac vice in this case as counsel for Pauline Fagbuyi.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| NY 1988 | DDC 1994 |
| DC 1989 | NYSD 1988 |
|  | NYED 2011 |
|  | Fed Cir 2016 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*Cynthia Works (by LAJ)*
Signature

Cynthia Goode Works, #14074
Printed name and bar number

**Goode Works Law**
Office name

9701 Apollo Drive, Suite 301, Largo Maryland 20774
Address

Cynthia@goodworkslaw.com
Email Address

**(301) 474-5562**
Telephone number

Fax Number

PROPOSED ADMITTEE
*[signature]*
Signature

Lisa Alexis Jones NY2216711
Printed name and bar number

**CKR Law, LLP**
Office name

1330 Avenue of the Americas, 14th Fl, NY NY 10019
Address

ljones@ckrlaw.com
Email Address

**(212) 259-7300**
Telephone number

**(212) 259-8200**
Fax Number