



## HEALTH DEPARTMENT
### Prince George's County
*Office of the Health Officer*

July 2, 2015

<u>CERTIFIED AND REGULAR MAIL</u>

Thelesa Bryant
[redacted]

Re:  Second Notice of Proposed Disciplinary Action – Dismissal

Dear Ms. Bryant:

This letter was sent to you via certified mail on June 22, 2015 and via e-mail on June 23, 2015. You communicated via e-mail on June 23, 2015 that you were having challenges opening the document hence you would await the certified document. We received notice from USPS on June 28, 2015 that the certified mail was undeliverable and being returned to the Agency. Therefore to ensure you receive the 10-day response timeframe, I am reissuing this letter to advise you of my intent to dismiss you from County employment effective the close of business July 17, 2015, for your failure to maintain your nursing licensure as required by the Maryland Board of Nursing in order for you to be compliant within your role as Program Chief within Family Health Services. The requirement to maintain an active, valid license from the State of Maryland as a Registered Nurse is a contingency of your employment as outlined in your offer letter dated March 28, 2014. This action is taken in accordance with Personnel Law Section 16-194(a)(1) and/or (3).

On May 27, 2015, your supervisor Diane Young made you aware that your nurses' license had been expired since February 28, 2015. This indicates that from February 29, 2015 through May 27, 2015, you were completing work without having a nurse's license, as you failed to get the license renewed. The state of Maryland listed you as "Non-renewed license" which is equivalent to not having a license and/or not being licensed. The terms of your position description state that "the incumbent must have and maintain an active Maryland Registered Nurses License". During the above mentioned timeframe, you did not notify Ms. Young or Human Resources that your license was in a "non-renewed" status.



Headquarters Building
1701 McCormick Drive, Suite 200, Largo, Maryland 20774
office 301-883-7834, fax 301-883-7895, TTY/TDD Dial 711
www.princegeorgescountymd.gov/health



1185

The Health Department's expectation of your position as Program Chief within Family Health Services is to maintain valid licensure; the result of you functioning in your role with a non-renewed license could or may have negative implications on both the program and the agency.

You are entitled to respond to this proposed action, in writing, within ten (10) working days from receipt of this notice. You will be placed on administrative leave pending my final decision in regard to this matter.

You are further advised that, in the event I take final disciplinary action, you may appeal that action to the Personnel Board within five (5) working days from your receipt of my final decision in accordance with Section 16-201 of the Personnel Law.

Sincerely,

Pamela B. Creekmur
Health Officer

Your signature below indicates that you have read and understand the contents of this memorandum.

_____                    _____
Employee's Signature                                Date Received

cc:
Dr. Ernest Carter, Deputy Health Officer
Diane Young, Associate Director, Family Health Services
Senia Johnson, Manager, Human Resources
Virgil Walker, Manager Employee Services & Labor Relations, OHRM
Departmental File