

EXHIBIT
8



## HEALTH DEPARTMENT
Prince George's County

Pamela Creekmur
Health Officer

*Office of the Health Officer*

July 16, 2015

REGULAR AND CERTIFIED MAIL

Theresa Bryant

Re: Final Notice of Proposed Disciplinary Action – Dismissal

Dear Ms. Bryant:

In my letter dated July 2, 2015, you were advised of my intent to dismiss you from County employment effective the close of business July 17, 2015 due to failure to maintain your nursing licensure as required by the Maryland Board of Nursing in order for you to be compliant within your role as Program Chief within Family Health Services. I have again taken this matter under serious consideration and my decision to terminate your employment with the Prince George's County Health Department is final.

This action is pursuant to Personnel Law Section 16-194(A)(1) and/or (3). Your dismissal is effective the close of business, Friday, July 17, 2015. You are advised that you are required to return all County issued property and identification to your supervisor no later than close of business on Monday, July 20, 2015. Failure to do so shall result in the delay in the issuance of your final paycheck.

Finally, you are advised that you have the right to appeal this action pursuant to the terms set forth in Section 16-173 of the County Personnel Law. An appeal, which meets the standards set forth in Section 16-173, should be filed with the Personnel Board within five working days of receipt of this letter.

Sincerely,

*Pamela B. Creekmur*
Pamela B. Creekmur
Health Officer

Headquarters Building
1701 McCormick Drive, Suite 200, Largo, Maryland 20774
Office 301-883-7834, Fax 301-883-7890, TTY/STS Dial 711
www.princegeorgescountymd.gov/health

PLAINTIFF'S EXHIBIT
B

1192

cc: Dr. Ernest Carter, Deputy Health Officer
Diane Young, Associate Director, Family Health Services
Sonia Johnson, Manager, Human Resources
Virgil Walker, Manager ESLR, OHRM
Departmental File