IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PAULINE FAGBUYI &ast;
&ast;
  Plaintiff &ast;
&ast;
v. &ast; Case No: 8:17-cv-02876-GJH
&ast;
PRINCE GEORGE'S COUNTY, *et al.* &ast;
&ast;
  Defendants &ast;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S ANSWERS TO PLAINTIFF PAULINE FAGBUYI'S FIRST REQUEST

## FOR INTERROGATORIES

  Defendants, Prince George's County, Maryland, et al., by and through the undersigned attorney and in answer to the Interrogatories propounded by the Plaintiff herein, states as follows:

  (a) The information supplied in these answers is not based solely upon the knowledge of the executing party, but includes the knowledge of the party's agents, representatives, and attorneys, unless privileged.

  (b) The word usage and sentence structure is that of the attorneys who in fact prepared these answers and the language does not purport to be the exact language of the executing party.

  (c) The interrogatories have been interpreted and answered in accordance with the Federal Rules of Civil Procedure, plain English usage, and to the extent not specifically challenged by objection, the definition and instructions included with the interrogatories.

1



**INTERROGATORY NO. 1:** Identify each person answering or assisting in the answering of these Interrogatories and, if more than one person is involved, state which answers were made by or assisted in by each person so identified.

**ANSWER:** Robert Simpson. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 2:** Describe the precise basis and circumstances of Pauline Fagbuyi's termination on or about September 2, 2015.

**ANSWER**: Ms. Fagbuyi was terminated because she failed to renew her license and she was practicing nursing without a license for approximately one month thereby exposing the County to unwarranted and unnecessary liability. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 3:** Identify each and every provision of any personnel and operational polices the violation of which formed the basis of Plaintiff's termination.

**ANSWER**: Sections 8-312, 8-701, and 8-706 of the Health Occupations Article of the Maryland Annotated Code. Subtitle 16 of the Prince George's County Code and Plaintiff's Collective Bargaining Agreement. Personnel Law Sections 16-102, 16-193, and 16-194, 16-199 through 16-204, and COMAR 10.27.01.14 & 15. Plaintiff's job description and the requirements for Plaintiff's position, which includes specific conditions of employment, and one specific condition is having a valid nursing license. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 4:** Identify each and every person who you reasonably believe possess any knowledge or information regarding the denials and facts set forth in your answer, and describe the scope of said person's knowledge and identify each and every person you expect to call as a witness at the trial of this matter and state, with respect to each witness, the following: (a) the name, address, and telephone number of the witness, (b) the employers and job titles of the witness,

2

(c) the subject matter about which the witness is expected to testify and (d) a summary of the testimony the witness is expected to give.

> **ANSWER**: Ingra Lewis, Plaintiff's supervisor, Program Manager Chief for the Immunization Division and witness at the grievance hearing.
>
> Sonia Johnson, HR Manager at the Health Department and designee of the Health Officer at the grievance hearing.
>
> Pamela Creekmur, Health Officer. Final decision with regard to termination
>
> Shalisha Ivey, Hearing Examiner at grievance hearing, wrote the findings with regard to the grievance.
>
> Carlton Gullab, Union representative and he presented Plaintiff's case at the grievance hearing
>
> Francis Caffie-Wright, Program Chief for Family Health services and witness at the grievance hearing

Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 5:** State whether any civil action has been filed in any court charging Defendants with age discrimination and unlawful retaliation under any state or federal statute, including but not limited to the Age Discrimination in Employment Act and the Maryland Human Rights Act from January 1, 2013 to the present; if so, for each such action; state the jurisdiction, court and case number for such action(s).

**ANSWER:** No such cases have been filed against the Health Department. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 6:** State all written or verbal reprimands, notices, warnings, suspensions, terminations or other disciplinary measures or warnings, whether proposed or sustained, if any, given to Plaintiff since her date of hire.

**ANSWER:** See attached documents provided in discovery. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 7:** Identify any and all formal EEO complaints and/or administrative actions before the Equal Employment Opportunity Commission and/or the Maryland Human Rights Commission received by defendants between January 1, 2013 to the present related to age discrimination and unlawful retaliation and your specific response to each complaint.

**ANSWER:** No such allegations exist. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO.8:** State in detail any professional education and training programs for your employees and supervisors regarding state and federal discrimination and harassment laws in the workplace.

**ANSWER:** All employees receive Workplace Harassment Avoidance Training. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 9:** State in detail any and all practices, policies and procedures relating to discrimination in the workplace and any internal complaint and remedial procedures.

**ANSWER:** Administrative Procedure 221, Plaintiff's CBA, and Subtitle 16 of the Prince George's County Code. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORYNO. 10:** Identify the name and age of all persons in Plaintiffs supervisory chain since 2012 to the end of her employment with Defendants.

**ANSWER:**    Ingra Lewis, Plaintiff's supervisor, Program Manager Chief for the Immunization Division, and witness at the grievance hearing.

Sonia Johnson, HR Manager at the Health Department and the designee for the Health Offcier who represented management at the grievance hearing. Hearing.

4

Pamela Creekmur, Health Offcier and final decision with regard to termination.

Francis Caffie-Wright, Program Chief for Family Health services and witness at the grievance hearing.

See answer to interrogatory No. 11. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 11:** Identify the name age and position of all persons employed under the direct supervision Ingra Lewis and Thelesa Bryant from 2012 to the present.

**ANSWER:**   **Ingra Lewis' direct reports**:
1. Pauline Fagbuyi, Community Health Nurse II
2. Winie Cadet, Community Health Nurse II (51)
3. Koketta Brooks, Administrative Aide II (48, deceased)
4. Susamma Puracken, Administrative Aide II (59)
5. Tina Jefferson, Community Health Nurse III (54)
6. Lawanda Gurganious, Community Health Nurse III (59)
7. Karen Villatoro, Administrative Aide I/II (29)
8. Soliana Woldu, Community Health Nurse I/II (41)

**Thelesa Bryant's direct reports**:
1. Ingra Lewis, Community Health Nurse IV (50)
2. Revonda Wilson, Community Health Nurse IV (56)
3. Natania Bowen, Administrative Aide II (46)
4. Brandy Clarke, Administrative Aide II (41)
5. Monica Whitaker, Administrative Assistant II (54)

Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 12:** Please identify all sources of electronically stored information ("ESI") in Defendants' custody or control, including computers, smart phones, tablet devices, external storage media, webmail accounts, and cloud storage providers. You must include all sources that were used at any time from January 1, 2012 to the present and that could potentially contain ESI concerning the claims or defenses or the individuals involved in this case. For each such source, please list: (a) Its total capacity in gigabytes; (b) Its physical location, if applicable; (c) The total volume of active data stored on or in the source; (d) Whether you have created a bit-for-bit forensic image of the source; and (e) identifying information about the source, such as manufacturer, model number, operating system, etc. If you contend that any of these sources are not reasonably accessible, then please provide a detailed explanation of why you contend this is the case. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

5

**ANSWER:** These sources are not reasonably accessible because the County has a 3-year records retention policy. The relevant emails for this case have been pulled and they are being included in the discovery package. An ESI search has been requested and we are waiting for those results. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 13:** If you are withholding any documents based on any objections posed in response to Plaintiffs RPD served contemporaneously herewith, specify all such documents.

**ANSWER**: Emails from myself to my client and emails from my client to me which are attorney-client privileged/work product information. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date. Defendant reserves the right to supplement this answer in the event that additional information becomes amiable at a future date.

**INTERROGATORY NO. 14:** Identify by name, age and then position and current employment of the individual(s) who participated in the decision to terminate Ms. Fagbuyi's employment.

**ANSWER:**    Ingra Lewis, Plaintiff's supervisor, Program Manager Chief for the Immunization Division, and witness at the grievance hearing.

Sonia Johnson, HR Manager at the Health Department and the designee for the Health Officer who represented management at the grievance hearing.

Pamela Creekmur, Health Officer. Final decision with regard to termination.

Francis Caffie-Wright, Program Chief for Family Health services and witness at the grievance hearing.

Shalisha Hinds-Ivey, Hearing Examiner.

Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 15:** Identify by name and age all individuals who participated in any "investigation" into Ms. Fagbuyi's complaints of discrimination.

 **ANSWER:** See answer to Interrogatory No. 14. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 16:** Identify by name and age any individual who was hired or otherwise replaced Plaintiff following her termination.

**ANSWER:** Plaintiff was never replaced by anyone. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 17:** Identify by name and age of any individual who Performed Plaintiff's duties immediately following her termination.

 **ANSWER:** Plaintiff was never replaced by anyone. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 18:** Identify by name and age all individual(s) whose nursing license with the Maryland State Board of Nursing expired, lapsed, suspended or was otherwise revoked from December 2012 to the present and the date of such expiration, lapse, suspension or revocation.

 **ANSWER:**

- **Deborah Beasley (62),** lapsed renewal. Ms. Beasley received a three-day suspension because she did not provide proof of payment for the renewal, but the renewal had not actually been processed because of additional information needed by the State. She was never made aware of the need for this additional information due to a miscommunication.

- **Thelesa Bryant (49),** lapsed renewal. Ms. Bryant's license lapsed for three months. She was terminated from the County.

- **Pauline Fagbuyi (71),** lapsed renewal. Ms. Fagbuyi's license lapsed for three weeks. She was terminated from the County.

 Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

7

**INTERROGATORY NO. 19:** For each of the individuals identified in your response to Interrogatory No. 18, identify what, if any, adverse employment or other disciplinary actions were imposed.

**ANSWER**: See Answer to Interrogatory No. 18. Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

**INTERROGATORY NO. 20:** Identify by name and age all individual(s) under Ingra Lewis and Thelesa Bryant supervision who have been subjected to an adverse or other disciplinary action for any reason from December 2012 to the present.

**ANSWER:**
- **Pauline Fagbuyi,** Community Health Nurse II, (71)
- **Winie Cadet,** Community Health Nurse II, (51)
- **Tina Jefferson.** Community health Nurse III, (54)
- **Ingra Lewis,** Community Health Nurse IV, (50)
- **Natania Bowen,** Administrative Aide II, (46)

Defendant reserves the right to supplement this answer in the event that additional information becomes available at a future date.

Respectfully submitted,

JARED M. MCCARTHY
COUNTY ATTORNEY

ANDREW J. MURRAY
DEPUTY COUNTY ATTORNEY

8

/s/_____
Tonia Belton-Gofreed, Fed. Bar No. 16176
Associate County Attorney
Prince George's County Government
Office of Law – Room 4100
1301 McCormick Drive
Largo, Maryland 20774
(301) 952-5225 voice
(301) 952–3071 facsimile
tbgofreed@co.pg.md.us

## OATH AND AFFFIRAMTION

    I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND ARE BASED ON MY OWN PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

**Robert Simpson**
**Chief Investigator**